# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONISHA O. HARMASON                         CIVIL ACTION

VERSUS                                            NUMBER 10-616-JJB-DLD

TRINITY INDUSTRIES OF PORT
ALLEN, ET AL

## MAGISTRATE JUDGE'S REPORT

This matter is before the court *sua sponte* regarding plaintiff's failure to serve defendants within the requisite time limitations.

*Background*

On October 7, 2009, plaintiff filed suit in state court, seeking recovery under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. for alleged sexual harassment on or about February 21, 2008, by her supervisors or co-employees, Kevin Dupre and Vince (last name unknown at this time), while she was employed by Trinity Industries of Port Allen ("Trinity"). Plaintiff alleged she was then harassed by other employees and terminated on March 4, 2008. Plaintiff filed a charge of discrimination at some point, and received her right-to-sue notification from the EEOC on July 9, 2009. (rec. doc. 1-2)

Defendant Trinity was dismissed on November 22, 2010 (rec.doc. 7). The court then issued an order that plaintiff show cause in writing why the claim against the remaining individual defendants should not be dismissed under Rules (l) and (m) of the Federal Rules of Civil Procedure. (rec. doc. 9) When plaintiff failed to respond to this order, the court set a show cause hearing for the personal appearance of plaintiff's

counsel, Shannon Lasale Battiste. (rec. doc. 10) Following the show cause hearing, on April 8, 2011, the court issued an order allowing plaintiff an additional thirty-day discretionary extension within which to serve the remaining defendants and file proof of service into the record, or alternatively, to file a motion to dismiss. Plaintiff was advised that failure to comply with this order would result in the recommendation that the matter be dismissed under Rule 4(l) and (m) of the Federal Rules of Civil Procedure for lack of service and/or proof of service on the remaining defendants. As of this date, the record reflects that plaintiff has failed to comply with the April 8, 2011, order in any fashion.

## **RECOMMENDATION**

It is therefore the recommendation of the magistrate judge that this action be dismissed, without prejudice, for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on November 10, 2011.

**MAGISTRATE JUDGE DOCIA L. DALBY**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONISHA O. HARMASON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 10-616-JJB-DLD** |
| **TRINITY INDUSTRIES OF PORT ALLEN, ET AL** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 (fourteen) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on November 10, 2011.

**MAGISTRATE JUDGE DOCIA L. DALBY**