UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONISHA O. HARMASON

VERSUS

TRINITY INDUSTRIES OF
PORT ALLEN, ET AL.

CIVIL ACTION

NO. 10-616-JJB-DLD

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 10, 2011 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

Baton Rouge, Louisiana, December 14, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA