UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONISHA O. HARMASON

CIVIL ACTION

VERSUS

NO. 10-616-JJB-DLD

TRINITY INDUSTRIES OF
PORT ALLEN, ET AL.

RULING

The court has carefully considered the petition, the record, the law applicable to this

action, and the Report and Recommendation of United States Magistrate Judge Docia L.

Dalby dated November 10, 2011 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge

and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without

prejudice, for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

Baton Rouge, Louisiana, <u>December 14, 2011</u>.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA